1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
3  BARBARA J. VALLIERE (DCBN 439353)
   Chief, Criminal Division
4  LLOYD FARNHAM (CABN 202231)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6973
7      FAX: (415) 436-7200
       lloyd.farnham@usdoj.gov
8
   Attorneys for United States of America

FILED

DEC 02 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 15-CR-00352 JCS |
| Plaintiff, ) | |
| v. ) | NOTICE OF DISMISSAL |
| OLIVER LEWIS HARSH, ) | |
| Defendant. ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information with prejudice based on the defendant's successful completion of Pre-Trial Diversion.

DATED: December 2, 2016

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

LLOYD FARNHAM
Assistant United States Attorney

NOTICE OF DISMISSAL
No. 15-CR-00352 JCS

~~PROPOSED~~ ORDER

Leave is granted to the government to dismiss the Information in the above-captioned case.

Date:

12/2/2016

_____
HONORABLE JOSEPH C. SPERO
Chief Magistrate Judge, U.S. District Court

NOTICE OF DISMISSAL
No. 15-CR-00352 JCS